IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

KENTRELL JONES #256065 )
Full name and prison number )
of plaintiffs(s) )
)
v. )   CIVIL ACTION NO. 2:20-cv-487-ECM-WKW
)   (To be supplied by Clerk of
ELMOR CORRECTIONAL FACILITY )   U.S. District Court)
)
LT. NORMAN )
)
LT. TIPPINS )
)
SGT. PRESLEY )
)
3RD SHIFT C/O OF D. DORM )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED
2020 JUL 13 A 11: 18
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)
    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)
    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:
            Plaintiff(s) N/A

            Defendant(s) _____

        2.  Court (if federal court, name the district? if
            state court, name the county) N/A

3. Docket number ___N/A___

4. Name of judge to whom case was assigned ___N/A___

5. Disposition (for examples Was the case dismissed? Was it appealed? Is it still pending?) ___N/A___

6. Approximate date of filing lawsuit ___N/A___

7. Approximate date of disposition ___N/A___

II. PLACE OF PRESENT CONFINEMENT ___I'M CURRENTLY CONFINED AT STATON CORRECTIONAL FACILITY.___

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED ___THE INCIDENT OCCURRED AT ELMORE CORRECTIONAL FACILITY.___

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | LT. TIPPINS | ELMORE, ALA |
| 2. | LT. NORMAN | ELMORE, ALA |
| 3. | SGT. PRESLEY | ELMORE, ALA |
| 4. | ELMORE CORRECTIONAL FACILITY | ELMORE, ALA |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED ___THE VIOLATION OCCURRED ON DECEMBER 7, 2019.___

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: ___I WAS SEXUALLY ASSULTED BY MULTIPLE INMATES, ALSO DRUGGED AND NOTHING WAS DONE BY THE C/O's.___

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

THE ASSULT HAPPEND ON DECEMBER 5, 2019 AT APPROXIMATELY 4:00 AM. BY THREE OR MORE INMATES AND NONE OF THE OFFICERS ASSIGNED TO THE DORMATORY DID ANYTHING TO HELP ME. OR BOTHERED TO REPORT IT TO A SHIFT SUPERVISOR.

GROUND TWO: I REPORTED THE INCIDENT TO LT. TIPPINS AND HE PUT MY LIFE IN DANGER.

SUPPORTING FACTS: AFTER I REPORTED WHAT HAD HAPPEND TO ME TO LT. TIPPINS HE CALLED THE LEADER OF THE ASSULT TO THE SHIFT OFFICE AND INFORMED THE INMATE OF THE PREA COMPLAINT THAT I MADE AGINST HIM. WHILE I SAT QUIETLY IN THE BACK ROOM. LISTENING TO EVERYTHING THAT WAS SAID.

GROUND THREE: I WAS SENT TO THE SCIENCE CENTER AND ALL INFORMATION WAS IGNORED. THEN I WAS TRANSFERED.

SUPPORTING FACTS: WHEN I WAS SENT TO BULLOCK C.F. I REPORTED TO WARDEN MACLAIN WHAT HAD HAPPENED TO ME AND HE TOLD ME THAT ELMORE HAD TRIED TO SEND THE LEADE OF THE ASSULT "MICHEAL GREY" TO BULLOCK NOT LONG AFTER I WAS SENT THERE. I WAS THREATENED NUMERIOUS TIMES, ALSO ASSULTED IN MY SLEEP BECAUSE I REPORTED THE INCIDENT. MY JAW HAVE BEEN BROKEN AS WELL. DUE TO A HIT HAVE BEEN PUT ON MY LIFE BY THE INMATES THAT WAS INVOLVED IN THE ASSULT AT ELMORE CF.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I WAS ASSULTED SEXUALLY BY MULTIPLE INMATES FOR HOURS AND NOBODY ON DUTY THAT SHIFT WALK AROUND ON THE DAILY SHIFT ROUTEEN TO HELP PREVENT THIS ASSULT FROM HAPPENING TO ME. EVERYTHING HAPPEND ON CAMERA IN DORMATORY.

GROUND TWO: FORCE ME TO SIGN PAPERS THAT WAS NOT TRUE.

SUPPORTING FACTS: LT. NORMAN FORCED ME TO SIGN DOCUMENTS STATING THAT I WAS SEEN BY MENTAL HEALTH, CHAPLIN SERVICES OR HEALTH CARE AT THE TIME I DID NOT SEE ANYONE BUT THE SCIENCE CENTER.

GROUND THREE: JEPORDIZING MY LIFE BY FAILING TO ASSIGN ME AS ENEMIES WITH THE PEOPLE THAT ASSULTED ME.

SUPPORTING FACTS: AFTER BEING SENT TO BULLOCK CORRECTIONAL FACILITY. I WAS TOLD BY THE WARDEN AND OTHER OFFICERS THAT IT WAS NOTHING IN THE COMPUTERS ABOUT THE ASSULT OR THE PERSON THAT I ACCUSED OF THE ASSULT WAS NOT DOCUMENTED ON MY ENEMY LIST. BY NO ONE AT ELMORE C.F.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I WANT THIS MATTER RESOLVED AND JUSTICE TO BE TAKEN. ALOW ME TO RECEIVE FULL COMPENSATION FOR ALL PHYSICAL AND PSYCOATRIC PROBLEMS ACCURED FROM THIS ASSULT ON MY LIFE. SUM OF $2.M USD.

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on JULY 7, 2020
             (Date)

Signature of plaintiff(s)

July 7, 2020

To whom this matter concerns:

RECEIVED 2020 JUL 13 A 11:17 DEBRA P. HACKETT, CLK US DISTRICT COURT MIDDLE DISTRICT ALA

My name is Kentrell Jones #256065. I am currently held at Staton Correctional Facility. I'm writting this breif letter to inform you that the reason for the delay in reporting the matter of a sexual assult as well as the neglecgence of the Alabama Department of Corrections, Correctional Officers.

On December 5, 2019 I was drugged and sexually assulted by multiple inmates. I reported to the shift commander Lt. Tippins of what happended to me. Which caused him to investigat the matter of my complaint. Lt. Tippins asked me to step into a room behind his sitting area in the Shif office at Elmore Correctional Facility.

First he called his informant, an inmate known as "Tank". He asked Tank what happend in D-Dorm on December 5, 2019, and the inmate said "THEY RAPPED THAT DUDE". Lt. Tippins asked who did the sexual assult. Tank replied by asking for a pack of cigaretts but Lt. Tippins did not have anything to give the informant. Therefore he left the shift office.

Next he called the leader of the assult inmate Micheal Grey. "Known as Mike G." Lt. Tippins told the inmate what I said as well as the fact that he saw it on the camera when he rewined it back to the date and time of the assult. The inmate said that he aint do nothing and he will kill me and whoever else said something.

THE FOLLOWING DAY I WAS TAKEN TO THE SCIENCE CENTER IN MONTGOMERY ALABAMA FOR TEST. THEN TO THE HEALTHCARE FACILITY AT STATON CORRECTIONAL FACILITY. THERE I EXPLAINED WHAT HAPPEND TO ME. THEN I WAS SENT BACK TO ELMORE CORRECTIONAL FACILITY.

WHEN I GOT BACK TO ELMORE'S SHIFT OFFICE, I WAS COMFRONTE BY SARGENT PRESLEY. HE ASK MY WHO PAID ME TO LIE ON "MIKE G". I TOLD HIM THAT I WAS NOT LYING ON ANYONE AND I WOULD NEVER SAY SUCH A THING ABOUT MYSELF IF IT DID NOT HAPPEN. SGT. PRESLY REPLIED, ASKING ME; DO I EXPECT HIM TO BELEIVE THAT THE HEAD LEADER OF THE GANGSTER DESCIPLES GANG IN ALABAMA, WOULD RAPE SOMEONE. I TOLD HIM THAT I DONT KNOW HIM OR ANYONE ELSE AT ELMORE C.F OR CARE IF HE WAS THERE OR NOT. SGT. PRESLY SAID THAT PEOPLE ARE JUST TRYING TO GET HIM SHIPPED.

THE FOLLOWING DAY I WAS SHIPPED TO BULLOCK C.F. AFTER A WEEK OF BEING AT BULLOCK, I WAS RECEIVING THREATS FROM INMATES STATING THAT IF I TOLD ON MIKE G. OR ANYONE ELSE, I WAS GOING TO DIE IN PRISON. I TOLD THIS TO THE INSTITUTION INVESTIGATOR AND SHE ORDERD ME TO BE PUT IN A SOLITARY CONFINEMENT CELL. BEFORE I WAS TAKEN TO THE CELL, WARDEN MCLAIN TRIED TO LOOK UP THE INCEDENT BUT WAS SUPRISED BECAUSE HE COULD NOT FIND NOTHING ABOUT IT. ONCE I TOLD HIM THE NAME OF THE PERSON RESPONSIBLE FOR THE ASSULT AND THREATS ON MY LIFE. WARDEN MCLAIN STATED TO ME THAT ELMORE CORRECTIONAL FACILITY HAD TRIED TO SEND INMATE MICHEAL GREY TO BULLOCK NOT LONG AFTER I WAS SENT THERE. AFTER SITTING IN A CELL FOR ALMOST TWO MONTHS, I WAS TRANSFERED TO EASTERLING CORRECTIONAL FACILITY. THERE I WAS ALSO RECEIVING THREATS ON MY LIFE. ALSO PEOPLE WHERE MAKING FUN OF ME BY PLAYING THE SEXUAL ASSULT ON CELL PHONES. THIS WAS DONE BY OFFICERS AND INMATES.

I was put in the crisis cell and interviewed by a mental health worker. Who explained to me that when I reported that I felt like commiting suicide, the following day 14 other inmates reported that they wanted to commit suicide. Then I was shipped to Fountian Correctional Facility.

At the back gate of Fountian C.F an inmate said that Mike G was there and I was sent there to die. Therefore I reported that there was a enemy inside of the facility, but the officers at the intake said I didnt have any enemies listed. I gave them the name of the person "Micheal Grey" and they said I should not have come to prison. Once I was sent to the health care I reported that I still felt suicidal and felt that my life was in danger. After 3 days of sitting in a cell, I was transfered to Staton Correctional Facility.

After being here at Staton I have been assulted while sleeping. The assult caused me to have surgery for the repairing of a broken jaw. Due to the medication perscribed by mental health, I was sleeping and could not identify who assulted me.

Now I'm currently housed in the M.R.U at Staton awaiting to be cleared for the removal of the braces and wires from my mouth. I've been in the medical unit for almost 3 months. And sense I've been here I have tested possitive for Covic-19. Can someone please help me get out of here and save my life please. Thanks alot

Kentrell Jones

KENTRELL JONES #256065
STATON C.F. (DORM G1-8A)
2690 MARION SPILLWAY RD.
ELMORE, ALA 36025

MONTGOMERY
AL 360
10 JUL '20
PM 3 L



"THIS CORRESPONDENCE IS FORWARDED
FROM ... CONTENTS
HAVE NOT ...
DEP... ...SIBLE
FOR ... CONTENT OF THE ENCLOSED
COMMUNICATION"

LEGAL MAIL

U.S. DISTRICT COURT
MIDDLE DISTRICT OF ALA.
MONTGOMERY, ALA 36104