IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENTRELL JONES, #256 065, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:20-CV-487-ECM-SRW |
| | ) |
| ELMORE CORRECTIONAL FACILITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Defendants' supplemental written report filed June 1, 2021, it is

ORDERED that by **June 21, 2021**, Plaintiff may file a response to the supplemental written report in accordance with the directives of the Court's March 1, 2021, Order (Doc. 25).

DONE, this 7th day of June 2021.

/s/   Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE